April 10, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

RALPH DOUGLAS, Appellant

NO. 14-12-01025-CV                    V.

THE HONORABLE BRADY G. ELLIOTT, THOMAS R. CULVER, III AND
DANIEL R. SKLAR, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, the Honorable Brady G. Elliott, Thomas R. Culver, III, and Daniel R. Sklar, signed October 22, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Ralph Douglas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.